AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

LINWOOD EDWARD TRACY, JR.,

    Plaintiff,       JUDGMENT IN A CIVIL CASE

V.

                                   CASE NUMBER: **3:08-CV-00496-BES-RAM**

DAVID A. HUFF, et al.,

    Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motions (Dkt #65, #66, and #69) are DENIED. Defendants Jim Gibbons and the Clark County District Attorneys Office are DISMISSED from this action without prejudice.


  March 26, 2009                                   **LANCE S. WILSON**
                                                        Clerk


                                                    /s/ P. McDonald
                                                    Deputy Clerk